## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                     No. CIV 12-0580 JB/LFG

2002 PONTIAC BONNEVILLE SE,
VIN NO. 1G2HX54K824115971

        Defendant,

and

MERCY MERCEDES CARRILLO and
AUDREY M. CARRILLO,

        Claimants.

## ORDER[1]

**THIS MATTER** comes before the Court on the Letter from Mercy Carrillo to Judge James O. Browning Moving for Reconsideration of the Default Judgment and Order of Forfeiture, filed July 11, 2013 (Doc. 18)("Motion").  The Court held a hearing on September 10, 2014.  The Court will deny the Motion.

**IT IS ORDERED** that the request in the Letter from Mercy Carrillo to Judge James O. Browning Moving for Reconsideration of the Default Judgment and Order of Forfeiture, filed July 11, 2013 (Doc. 18), is denied.

---

[1]This Order disposes of the request in the Letter from Mercy Carrillo to Judge James O. Browning Moving for Reconsideration of the Default Judgment and Order of Forfeiture, filed July 11, 2013 (Doc. 18).  The Court will, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Damon P. Martinez
   United States Attorney
Stephen R. Kotz
   Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

Mercy Mercedes Carrillo
Albuquerque, New Mexico

      *Claimant pro se*